IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD NAPOLEON BROWN,

    Petitioner,                    No. CIV S-06-1046 MCE EFB P

    vs.

G. J. GIURBINO, Warden,

    Respondent.                 FINDINGS AND RECOMMENDATIONS

                            /

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On May 12, 2006, petitioner filed an application for a writ of habeas corpus challenging a San Joaquin County Superior Court judgment entered on his January 20, 1996, conviction of petty theft, for which he was sentenced to a term of 25 years to life in prison. *See* Cal. Pen. Code § 667(d) (West 1988). The sole ground for relief is that his sentence violates the Due Process Clause of the Fourteenth Amendment because a jury did not hear evidence and find beyond a reasonable doubt the facts justifying imposition of a sentence beyond the statutory maximum. *See Apprendi v. New Jersey*, 530 U.S. 466, 490 (2000) ("Other than the fact of a prior conviction, any fact that increases the penalty for a crime beyond the prescribed statutory maximum must be submitted to a jury, and proved beyond a reasonable doubt."); *Blakely v. Washington*, 542 U.S. 296, 301-02, 313-14 (2004); ("[T]he relevant 'statutory maximum' is not

1  the maximum sentence a judge may impose after finding additional facts, but the maximum he
2  may impose *without* any additional findings."). On September 8, 2006, respondent moved to
3  dismiss this action as untimely. On July 9, 2007, the court denied respondent's motion without
4  prejudice, finding that petitioner previously had challenged the same judgment in this court. *See*
5  *Brown v. Fayle*, No. Civ. S-99-0241 WBS GGH. Thus, the court concluded that the application
6  for habeas relief was second or successive and that petitioner had not shown that he obtained the
7  permission of the Ninth Circuit Court of Appeals to proceed with it. Accordingly, this court
8  lacked jurisdiction. *See*, 28 U.S.C. § 2244(b), (c). Before recommending the action be
9  dismissed, however, the court gave the parties the opportunity to demonstrate either that the
10 petition is not second or successive, or that petitioner had obtained the requisite permission to
11 proceed in this court. The parties have responded to the court's order.

12 Petitioner and respondent agree that the petition in this action is second or successive.
13 They do not dispute that in *Brown v. Fayle*, No. Civ. S-99-0241 WBS GGH petitioner
14 challenged the judgment he presently challenges. Furthermore, they agree that petitioner has not
15 obtained an order from the Ninth Circuit giving him permission to proceed in this court.
16 Petitioner submits copies of the application for leave to file a second or successive petition that
17 he filed in the Ninth Circuit. However, a mere application for leave to proceed is insufficient to
18 confer jurisdiction on this court. He must obtain permission and present evidence thereof to this
19 court. *See,* 28 U.S.C. § 2244(b)(3)(A), (4). Thus, the court finds that petitioner's May 12, 2006,
20 application for a writ of habeas corpus filed in this court is second or successive. Therefore, this
21 action must be dismissed.

22 Accordingly, it is hereby RECOMMENDED that this action be dismissed on the ground
23 that the petition is second or successive and the court lacks jurisdiction to entertain it.

24 These findings and recommendations are submitted to the United States District Judge
25 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days
26 after being served with these findings and recommendations, any party may file written

1 objections with the court and serve a copy on all parties.  Such a document should be captioned
2 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
3 within the specified time may waive the right to appeal the District Court's order. *Turner v.*
4 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).
5 Dated:  November 20, 2007.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE